# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COUNTY OF MONTGOMERY : <br> *Plaintiff* : <br> : <br> v. : <br> : <br> ATLANTIC RICHFIELD : <br> COMPANY, *et al.* : <br> *Defendants* : | CIVIL ACTION <br><br> NO. 18-5128 |

# ORDER

**AND NOW**, this 5th day of June 2019, upon consideration of Plaintiff's *motion to remand*, [ECF 16], Defendants' response in opposition thereto, [ECF 25], and Plaintiff's reply, [ECF 26], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion is **GRANTED** and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the Court of Common Pleas of Montgomery County.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*